

# Fourth Court of Appeals
## San Antonio, Texas

February 5, 2021

No. 04-19-00871-CR

Charles W. **EADEN,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR4480
Honorable Raymond Angelini, Judge Presiding

# O R D E R

Appellant's court-appointed attorney has filed a brief and motion to withdraw pursuant to *Anders v. California*, 386 U.S. 738 (1967), in which he asserts there are no meritorious issues to raise on appeal. Counsel certifies he has served copies of the brief and motion on appellant, informed appellant of his right to review the record and file his own brief, and explained to appellant the procedure for obtaining the record. *See Nichols v. State*, 954 S.W.2d 83, 85 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.); *see also Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014). If appellant desires to file a *pro se* brief, he must do so **within forty-five (45) days** from the date of this order.

The State has filed a notice waiving its right to file a brief in this case unless appellant files a pro se brief. If appellant files a timely pro se brief, the State may file a responsive brief no later than thirty days after appellant's pro se brief is filed in this court.

We further ORDER the motion to withdraw filed by appellant's counsel to be HELD IN ABEYANCE pending further order of the court. *See Penson v. Ohio*, 488 U.S. 75, 80-82 (1988); *Schulman v. State*, 252 S.W.3d 403, 410-11 (Tex. Crim. App. 2008).

We instruct the Clerk of this Court to serve a copy of this order on appellant, his counsel, the attorney for the State, and the clerk of the trial court.



Liza A. Rodriguez, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of February, 2021.

MICHAEL A. CRUZ, Clerk of Court